Electronically Filed
12/11/2023 4:22 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

CAUSE NO._____ C-5108-23-J

| | | |
|---|---|---|
| Celso Loera | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| Texas Gas Service; and | § | |
| One Gas, Inc. | § | |
| | § | |
| | § | _____JUDICIAL CIRCUIT |
| *Defendants.* | § | |

## Plaintiff's Original Petition

Plaintiff Celso Loera brings this action complaining of Texas Gas Service, and One Gas, Inc. and would respectfully show the Court the following:

### I.

#### JURISDICTION AND VENUE

1.　　The claims asserted arise under the common laws of Texas. This Court has jurisdiction and venue is proper because the incident that makes the basis of this suit occurred in Hidalgo County, Texas. Tex. Civ. Prac. & Rem. Code § 15.002.

### II.

#### DISCOVERY LEVEL

2.　　Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

### III.

#### PARTIES

3.　　Plaintiff is a resident of Texas.

**EXHIBIT A**

Electronically Filed
12/11/2023 4:22 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-5108-23-J**

4.    Defendant Texas Gas Service is a domestic corporation with a principal place of business in Texas. This Defendant does a substantial amount of business in Texas. The headquarters of Texas Gas Service is in Austin, Texas. This Defendant may be served with process through their registered agent C T Corporation System at 1999 Bryan St., Ste. 900 Dallas, TX 75201.

5.    Defendant One Gas, Inc. is a foreign corporation with a principal place of business in Oklahoma. This Defendant does a substantial amount of business in Texas. This Defendant may be served with process through its registered agent C T Corporation System at 1999 Bryan St., Ste. 900 Dallas, TX 75201.

## IV.
### FACTS

6.    This lawsuit is necessary as a result of an incident that occurred on or about November 3, 2023.

7.    Prior to the incident, Texas Gas Service had been called to request that they come remove protruding gas lines on the property. Texas Gas Service originally stated that they would remove the lines. However, they soon called back and informed them that there was no gas moving through the lines and that they could remove them themselves. Repeated confirmation was requested and the operator on the phone stated multiple times that there was no gas in the lines.

8.    After this call, the plaintiff then proceeded to attempt to remove the lines. However, upon removing the line there was an explosion which propelled the plaintiff in the air and caused him to lose consciousness.

2

Electronically Filed
12/11/2023 4:22 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-5108-23-J**

9.    Plaintiff sustained severe physical injuries as a result of the explosion. In addition, Plaintiff has suffered hearing loss, feels a painful pressure in his head, and continues to suffer psychologically from the memory of the incident.

## V.

### CAUSES OF ACTION

**A. Negligence, Negligence Per Se, and Gross Negligence.**

10.    Plaintiff repeats and realleges each allegation contained above.

11.    Defendants were negligent, negligent per se, and grossly negligent for the following reasons:

a.   Failing to maintain its equipment in a reasonable and safe condition;

b.   Failing to ensure that the gas lines were empty;

c.   Negligently instructing the Plaintiff to undertake dangerous work;

d.   Negligently monitoring the work;

e.   Failing to properly maintain equipment;

f.   Failing to provide adequate training;

g.   Failing to provide adequate safety measures;

h.   Failing to give adequate warnings to Plaintiff of an unsafe condition(s);

i.   Failing to adequately mark a dangerous condition(s);

j.   Failing to take appropriate and reasonable action to protect Plaintiff;

k.   Creating a dangerous condition;

l.   Failing to timely and appropriately remedy a dangerous condition;

m.  Vicariously liability for the acts and/or omissions of their employees;

n.   Failing to hire, manage, train, and supervise competent employees; and

3

Electronically Filed
12/11/2023 4:22 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-5108-23-J

o.  other acts deemed negligent and grossly negligent.

12.    Defendants owed a duty consistent with the foregoing and breached each of the foregoing duties. These breaches were both the cause in fact and proximate cause of Plaintiff's injuries.

13.    As a result of said occurrences, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, disability, disfigurement, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

14.    Additionally, Defendants' actions were done with a reckless disregard to a substantial risk of severe bodily injury. Thus, Plaintiff is entitled to exemplary damages.

## VI.
### JURY TRIAL

15.    Plaintiff hereby request a trial by jury on all claims and submits his jury fee herewith.

## VII.
### PRAYER

16.    Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring Defendants to appear and answer, and that upon final hearing, Plaintiff have judgment against Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of

4

Electronically Filed
12/11/2023 4:22 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-5108-23-J**

Court, and all such other relief to which Plaintiff show he is justly entitled. As required by Rule 47 of the Texas Rules of Civil Procedure, Plaintiff affirmatively state that they seek damages more than $1,000,000.00. Plaintiff prays for relief and judgment, as follows:

- Compensatory damages against Defendants;

- Actual damages;

- Consequential damages;

- Exemplary damages;

- Past and future mental anguish;

- Past and future impairment;

- Past and future disfigurement;

- Interest on damages (pre and post judgment) under the law;

- Costs of Court;

- Expert witness fees;

- Costs of copies of depositions; and

- Such other and further relief as the Court may deem just and proper.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Trent Shelton*
Jason A. Itkin
Texas State Bar No. 24032461
Trent A. Shelton
Texas State Bar No. 24121119
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800

5

Electronically Filed
12/11/2023 4:22 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-5108-23-J**

Facsimile: (713) 222-3850
e-service@arnolditkin.com
jitkin@arnolditkin.com
tshelton@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

6

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Narissa Espinal on behalf of Trenton Shelton
Bar No. 24121119
nespinal@arnolditkin.com
Envelope ID: 82456072
Filing Code Description: Petition
Filing Description:
Status as of 12/11/2023 4:33 PM CST

Associated Case Party: Celso Loera

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Narissa Espinal | | nespinal@arnolditkin.com | 12/11/2023 4:22:09 PM | SENT |
| Jason Itkin | | e-service@arnolditkin.com | 12/11/2023 4:22:09 PM | SENT |
| Trenton Shelton | | tshelton@arnolditkin.com | 12/11/2023 4:22:09 PM | SENT |

**NOTICE: Pursuant to TRCP 126:  Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed =  NO**

**C-5108-23-J**
**430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

       **NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**One Gas, Inc.**
**By serving it's agent: CT Corporation System**
**1999 Bryan Sr. Ste. 900**
**Dallas, Tx 75201**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Israel Ramon, Jr., 430th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 11th day of December, 2023 and a copy of same accompanies this citation.  The file number and style of said suit being C-5108-23-J, **CELSO LOERA  VS. TEXAS GAS SERVICE, ONE GAS, INC.**

Said Petition was filed in said court by Attorney TRENT SHELTON, 6009 MEMORIAL DR HOUSTON TX  77007.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 18th day of December, 2023.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**IRENE CACERES, DEPUTY CLERK**

**C-5108-23-J**
**OFFICER'S RETURN**

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
         miles ...................$_____


_____
**DEPUTY**
**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,**
**CONSTABLE OR CLERK OF THE COURT**
In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.


_____
**Declarant"**


_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

**NOTICE: Pursuant to TRCP 126: Statement of Inability to Afford Payment of Court Costs or an Appeal Bond filed = NO**

**C-5108-23-J**
**430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**Texas Gas Service**
**By serving it's agent: CT Corporation System**
**1999 Bryan St. Ste. 900**
**Dallas, Texas 75201**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Israel Ramon, Jr., 430th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 11th day of December, 2023 and a copy of same accompanies this citation. The file number and style of said suit being C-5108-23-J, **CELSO LOERA VS. TEXAS GAS SERVICE, ONE GAS, INC.**

Said Petition was filed in said court by Attorney TRENT SHELTON, 6009 MEMORIAL DR HOUSTON TX 77007.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 18th day of December, 2023.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**IRENE CACERES, DEPUTY CLERK**

**C-5108-23-J**
**OFFICER'S RETURN**

Came to hand on _____ of _____, 202____ at _____ o'clock _____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|---|---|---|---|
|  |  |  |  |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
           miles ....................$_____

_____
**DEPUTY**
**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,**
**CONSTABLE OR CLERK OF THE COURT**
In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

Electronically Filed
12/18/2023 2:52 PM
Hidalgo County District Clerks
Reviewed By: Irene Caceres



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

Greetings:

Attached you will find the service requested.

May this serve to inform you that service has been issued. Please proceed in attaching any file stamped documents that need to be served on your issued service.

Please note, the link you are about to open is a "live link" notification. Please ensure you are printing the service which includes our clerk's signature and the State Seal. If you are opening a document without the official certification (signature and seal), please close the window until the document is processed accordingly. This may take a few minutes.

\* When serving protective orders, please DO NOT serve the TCIC form to respondent.

We appreciate the opportunity to assist you. Please contact our office if you have any questions or require additional information.

Sincerely,

Laura Hinojosa
Laura Hinojosa
Hidalgo County District Clerk

Post Office Box 87 Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

| Nilda Palacios | Ricardo Contreras | Adriana "Audry" Garcia | Sabrina S. Guerra | Oneida Lamas | Stephanie Palacios | Aida Villarreal |
|---|---|---|---|---|---|---|
| CHIEF DEPUTY | CHIEF OF ADMINISTRATION AND PUBLIC INFORMATION | ASSISTANT CHIEF DEPUTY | SENIOR ACCOUNTANT | DEPUTY DISTRICT CLERK SUPERVISOR | BUDGET AND PROCUREMENT OFFICER | CHIEF OF APPEALS |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 82677246
Filing Code Description: Service Issued
Filing Description:
Status as of 12/18/2023 4:19 PM CST

Associated Case Party: Celso Loera

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Narissa Espinal | | nespinal@arnolditkin.com | 12/18/2023 2:52:27 PM | SENT |

Electronically Filed
4/3/2024 5:07 PM
Hidalgo County District Clerks
Reviewed By: Lesley Martinez



April 3, 2024

**_Via E-File_**

Hidalgo County
100 North Closner
Edinburg, Texas 78539

   Re: Cause No. C-5108-23-J; Celso Loera v. Texas Gas Service and One Gas, Inc, In
     the Hidalgo 430th District Court.

Dear Clerk:

  We are needing the citations in this matter to be reissued and emailed to us via e-service
or by email to nespinal@arnolditkin.com.

  Please do not hesitate to contact me directly at 713-222-3883 if you have any questions.
Thank you for your assistance in this matter.

        Sincerely,

        Narissa Espinal
        Legal Assistant

---

t 866.222.2606    6009 Memorial Drive    info@arnolditkin.com
f 713.222.3850    Houston, TX 77007    **arnolditkin.com**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Narissa Espinal on behalf of Trenton Shelton
Bar No. 24121119
nespinal@arnolditkin.com
Envelope ID: 86268552
Filing Code Description: Request
Filing Description: Correspondence requesting re-issuance of citations
Status as of 4/5/2024 10:38 AM CST

Associated Case Party: Celso Loera

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Itkin | | e-service@arnolditkin.com | 4/3/2024 5:07:26 PM | SENT |
| Trenton Shelton | | tshelton@arnolditkin.com | 4/3/2024 5:07:26 PM | SENT |
| Narissa Espinal | | nespinal@arnolditkin.com | 4/3/2024 5:07:26 PM | SENT |

**C-5108-23-J**
## 430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

## CITATION
### THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**ONE GAS, INC.**
**BY SERVING IT'S AGENT: CT CORPORATION SYSTEM**
**1999 BRYAN SR. STE. 900**
**DALLAS, TX 75201**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Israel Ramon, Jr., 430th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 11th day of December, 2023 and a copy of same accompanies this citation. The file number and style of said suit being C-5108-23-J, **CELSO LOERA  VS.  TEXAS GAS SERVICE, ONE GAS, INC.**

Said Petition was filed in said court by Attorney TRENT SHELTON, 6009 MEMORIAL DR  HOUSTON TX  77007.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 5th day of April, 2024.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**LESLEY MARTINEZ, DEPUTY CLERK**

C-5108-23-J

## OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
           miles ...................$_____

_____

**DEPUTY**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.

_____

**Declarant"**

_____

**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

**C-5108-23-J**

**430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**TEXAS GAS SERVICE**
**BY SERVING IT'S AGENT: CT CORPORATION SYSTEM**
**1999 BRYAN ST. STE. 900**
**DALLAS, TEXAS 75201**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Israel Ramon, Jr., 430th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 11th day of December, 2023 and a copy of same accompanies this citation.  The file number and style of said suit being C-5108-23-J, **CELSO LOERA  VS.  TEXAS GAS SERVICE, ONE GAS, INC.**

Said Petition was filed in said court by Attorney TRENT SHELTON, 6009 MEMORIAL DR   HOUSTON TX  77007.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 5th day of April, 2024.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**LESLEY MARTINEZ, DEPUTY CLERK**

**C-5108-23-J**

## OFFICER'S RETURN

Came to hand on _____ of _____, 202____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
          miles ...................$_____


_____
**DEPUTY**

### COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 202___.


_____
**Declarant"**


_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

Electronically Filed
4/5/2024 3:16 PM
Hidalgo County District Clerks
Reviewed By: Lesley Martinez



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

Greetings:

Attached you will find the service requested.

May this serve to inform you that service has been issued. Please proceed in attaching any file stamped documents that need to be served on your issued service.

Please note, the link you are about to open is a "live link" notification. Please ensure you are printing the service which includes our clerk's signature and the State Seal. If you are opening a document without the official certification (signature and seal), please close the window until the document is processed accordingly. This may take a few minutes.

* When serving protective orders, please DO NOT serve the TCIC form to respondent.

We appreciate the opportunity to assist you. Please contact our office if you have any questions or require additional information.


Sincerely,

*Laura Hinojosa*

Laura Hinojosa
Hidalgo County District Clerk

Post Office Box 87 Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

| Nilda Palacios | Ricardo Contreras | Adriana "Audry" Garcia | Sabrina S. Guerra | Oneida Lamas | Stephanie Palacios | Aida Villarreal |
|---|---|---|---|---|---|---|
| CHIEF DEPUTY | CHIEF OF ADMINISTRATION AND PUBLIC INFORMATION | ASSISTANT CHIEF DEPUTY | SENIOR ACCOUNTANT | DEPUTY DISTRICT CLERK SUPERVISOR | BUDGET AND PROCUREMENT OFFICER | CHIEF OF APPEALS |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 86361256
Filing Code Description: Service Issued
Filing Description:
Status as of 4/5/2024 3:18 PM CST

Associated Case Party: Celso Loera

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Narissa Espinal | | nespinal@arnolditkin.com | 4/5/2024 3:16:01 PM | SENT |

Electronically Filed
4/30/2024 4:53 PM
Hidalgo County District Clerks
Reviewed By: Maria Davila

**CAUSE NO. C-5108-23-J**

| | | |
|---|---|---|
| CELSO LOERA<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 430th District Court |
| TEXAS GAS SERVICE, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HIDALGO COUNTY, TX |

**RETURN OF SERVICE**

**ON Tuesday, April 30, 2024 AT 12:17 PM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on ONE GAS, INC. c/o Registered Agent CT CORPORATION SYSTEM came to hand.

**ON Tuesday, April 30, 2024 AT 2:32 PM, I, Tracy Dewayne Edwards, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** ONE GAS, INC. c/o Registered Agent CT CORPORATION SYSTEM, by delivering to Intake Specialist: Tierica Williams, authorized to accept service, 1999 BRYAN STREET STE. 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Tracy Dewayne Edwards. My address is 1015 Devonshire Drive South, Forney, TX 75126. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 1872, expires 3/31/2026). My e-mail address is info@easy-serve.com. My date of birth is 9/15/1963. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas COUNTY, TX on Tuesday, April 30, 2024.

/S/ Tracy Dewayne Edwards

Celso Loera

Doc ID: 322017_2

Electronically Filed
4/30/2024 4:53 PM
Hidalgo County District Clerks
Reviewed By: Maria Davila

**C-5108-23-J**
**430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

## CITATION
## THE STATE OF TEXAS

       **NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**ONE GAS, INC.**
**BY SERVING IT'S AGENT: CT CORPORATION SYSTEM**
**1999 BRYAN SR. STE. 900**
**DALLAS, TX 75201**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Israel Ramon, Jr., 430th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 11th day of December, 2023 and a copy of same accompanies this citation. The file number and style of said suit being C-5108-23-J, **CELSO LOERA VS. TEXAS GAS SERVICE, ONE GAS, INC.**

Said Petition was filed in said court by Attorney TRENT SHELTON, 6009 MEMORIAL DR HOUSTON TX 77007.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 5th day of April, 2024.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**LESLEY MARTINEZ, DEPUTY CLERK**

Electronically Filed
4/30/2024 4:53 PM
Hidalgo County District Clerks
Reviewed By: Maria Davila

**CAUSE NO. C-5108-23-J**

| | | |
|---|---|---|
| CELSO LOERA<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 430th District Court |
| TEXAS GAS SERVICE, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HIDALGO COUNTY, TX |

**RETURN OF SERVICE**

**ON Tuesday, April 30, 2024 AT 12:16 PM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on TEXAS GAS SERVICE c/o Registered Agent CT CORPORATION SYSTEM came to hand.

**ON Tuesday, April 30, 2024 AT 2:32 PM, I, Tracy Dewayne Edwards, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** TEXAS GAS SERVICE c/o Registered Agent CT CORPORATION SYSTEM, by delivering to Intake Specialist: Tierica Williams, authorized to accept service, 1999 BRYAN STREET STE. 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is Tracy Dewayne Edwards. My address is 1015 Devonshire Drive South, Forney, TX 75126. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 1872, expires 3/31/2026). My e-mail address is info@easy-serve.com. My date of birth is 9/15/1963. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas COUNTY, TX on Tuesday, April 30, 2024.

/S/ Tracy Dewayne Edwards

Celso Loera

Doc ID: 322017_1

Electronically Filed
4/30/2024 4:53 PM
Hidalgo County District Clerks
Reviewed By: Maria Davila

**C-5108-23-J**

**430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

## CITATION
## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**TEXAS GAS SERVICE**
**BY SERVING IT'S AGENT: CT CORPORATION SYSTEM**
**1999 BRYAN ST. STE. 900**
**DALLAS, TEXAS 75201**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Israel Ramon, Jr., 430th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 11th day of December, 2023 and a copy of same accompanies this citation. The file number and style of said suit being C-5108-23-J, **CELSO LOERA  VS.  TEXAS GAS SERVICE, ONE GAS, INC.**

Said Petition was filed in said court by Attorney TRENT SHELTON, 6009 MEMORIAL DR  HOUSTON TX  77007.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 5th day of April, 2024.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**LESLEY MARTINEZ, DEPUTY CLERK**