## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| CELSO LOERA | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:24-CV-199 |
| | § | |
| TEXAS GAS SERVICE; and | § | |
| ONE GAS, INC., | § | |
| | § | |
| | § | |
| *Defendants*. | | |

## AGREED STIPULATION OF DISMISSAL

TO THE CLERK OF THE COURT:

The above-captioned plaintiff, Celso Loera, and Defendant One Gas, Inc. d/b/a Texas Gas Service, hereby stipulate, pursuant to Rule 41(a)(1(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's action against Defendants is hereby dismissed, *without prejudice to the refiling of same*.

This Stipulation of dismissal is signed by all parties who have appeared and answered, and is likewise effective upon filing without a Court order. *See* Fed. R. Civ. P. 41(a)(1)(A).

DATED: February 12, 2025

SIGNATURES ON NEXT PAGE

Respectfully submitted by,

**ARNOLD & ITKIN LLP**

*/s/ Trent Shelton*
Jason A. Itkin
Texas State Bar No. 24032461
Trent A. Shelton
Texas State Bar No. 24121119
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jitkin@arnolditkin.com
tshelton@arnolditkin.com

**ATTORNEYS FOR PLAINTIFF**

Signed by:

**ARMSTRONG TEASDALE LLP**

By: /s/  *Karrie J. Clinkinbeard (by permission)*
Lynn W. Hursh (pro hac vice)
Karrie J. Clinkinbeard (pro hac vice)
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
lhursh@atllp.com
kclinkinbeard@atllp.com

Michael Rodriguez
**ATLAS, HALL & RODRIGUEZ, LLP**
SBN: 00791553
222 N. Expressway 77, Suite #203
Brownsville, TX 78521
E-mail: mrodriguez@atlashall.com
(956) 574-9333
(956) 574-9337 (Fax)

**ATTORNEYS FOR DEFENDANT ONE
GAS, INC. D/B/A TEXAS GAS SERVICE**

2

**COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on February 12, 2025.

*/s/ Trent Shelton*
Trent Shelton